COM.

v.

MCCONNELL, W.

1993 EDA 2016

Superior Court of Pennsylvania.

03/16/2017

CP–09–MD–0002712–1976 (Bucks)

Affirmed

COM.

v.

MEANS, A.

2498 EDA 2016

Superior Court of Pennsylvania.

03/16/2017

CP–51–CR–1006612–1996 (Philadelphia)

Affirmed

IN the INTEREST OF: A.C., A Minor

3206 EDA 2016

Superior Court of Pennsylvania.

03/16/2017

CP–51–AP–0000510–2016 (Philadelphia)

Affirmed

COM.

v.

BOWIE, J.

497 WDA 2016

Superior Court of Pennsylvania.

03/16/2017

CP–02–CR–0009855–2014 (Allegheny)

Affirmed

COM.

v.

DESRIVIERES, L.

784 EDA 2016

Superior Court of Pennsylvania.

03/17/2017

CP–46–CR–0006042–2012 (Montgomery)

Quashed

COM.

v.

YERGER, W.

967 EDA 2016

Superior Court of Pennsylvania.

03/17/2017

CP–15–CR–0002650–2013 (Chester)

Affirmed